391 A.2d 675

Commonwealth v. Herman Brown, Appellant.

Submitted March 13, 1978. Marilyn C. Zilli, Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The only issue raised on this appeal is whether the evidence was sufficient to support the verdict. We are informed by the lower court that "[t]he single matter pursued by defendant at argument on his post-trial motions" was ineffectiveness of counsel. Therefore, the sufficiency issue has been waived. *Commonwealth v. Williams*, 476 Pa. 557, 383 A.2d 503 (1978).

Judgment of sentence affirmed.